■ In the Matter of VILLAGE OF HERKIMER et al., Relative to Acquiring Certain Real Property Interests Known as a Portion of the Herkimer Hydraulic Canal, in the Village of Herkimer, Owned by Herkimer County Industrial Development Agency, Respondents. THEODORE P. SMITH et al., Doing Business as SMITH BROTHERS OF CENTRAL NEW YORK, Appellants. [754 NYS2d 616] —Appeal from an order of Supreme Court, Herkimer County (Kirk, J.), entered April 30, 2002, which denied the application of respondents Theodore P. Smith and Jay Smith, doing business as Smith Brothers of Central New York, for an additional allowance pursuant to EDPL 701.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Herkimer County, Kirk, J. Present—Pigott, Jr., P.J., Green, Scudder, Kehoe and Lawton, JJ.